UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY /M/ D.C.

05 AUG 25 PM 2:17

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF TN, MEMPHIS

**WILLIAM LYNN JOHNSON, SR.**               **JUDGMENT IN A CIVIL CASE**

v.

**MARK LUTTRELL, et al.**                  CASE NO: 04-2933-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on August 16, 2005, this cause is hereby dismissed.

APPROVED:

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 24, 2005
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02933 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

William Lynn Johnson
SHELBY COUNTY JAIL
04107647
201 Poplar Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT